# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5147**                                    **September Term, 2023**

**1:16-cv-00445-TSC**

**Filed On:** April 17, 2024

Bassem Al-Tamimi, et al.,

        Appellees

Abdur-Rahim Dudar,

        Appellant

    v.

Sheldon Adelson, et al.,

        Appellees

**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### <u>O R D E R</u>

Upon consideration of the petition for rehearing en banc and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition for rehearing en banc be denied.

### <u>Per Curiam</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk